**SABRINA P. SHROFF**
ATTORNEY AT LAW



350 BROADWAY
SUITE 700
NEW YORK, NY 10013
Tel: (212) 625-3304
Fax: (212) 625-3939

March 28, 2006

212 805-7942
Hon. Alvin K. Hellerstein
Judge, United States District Court
Southern District Of New York
500 Pearl Street
New York, N.Y. 10007

United States v. Denise Donado
05-Cr. 00708 (AKH)

The Hon. Judge Hellerstain:

I am writing to request that my client's conditions of bail be temporarily modified to permit her to travel from Miami to Orlando on March 30 and return on April 1, 2006.

AUSA Bansal/AUSA Ramona has no objection to my client's request to travel. Thank you.

Respectfully submitted,

Sabrina P. Shroff

Cc: AUSA Aridudh Bansal
    AUSA Virgina Chavez Ramona
    Mildred Santana, U.S.P.O.

So ordered
3.29.06