**SABRINA P. SHROFF**
ATTORNEY AT LAW



MEMO ENDORSED

350 BROADWAY
SUITE 700
NEW YORK, NY 10013
Tel: (212) 625-3304
Fax: (212) 625-3939

April 27, 2006

So ordered, 5/5/06

212 805-7942
Hon. Alvin K. Hellerstein
Judge, United States District Court
Southern District Of New York
500 Pearl Street
New York, N.Y. 10007

MEMO ENDORSED

MEMO ENDORSED         United States v. Denise Donado
                     05 Cr. 00708 (AKH)

The Hon. Judge Hellerstein:

    I am writing to request that my client's personal appearance at the status conference on May 3, 2006, be excused. Ms. Donado lives in Florida and therefore requests that her presence for this conference be excused. She has been in touch with me, abided by all pretrial conditions and would be available by phone were the Court to require her to be there via telephone.

    AUSA Virginia Ramona takes no position on my client's request. Thank you.

Respectfully submitted,

Sabrina P. Shroff

Cc: AUSA Aridudh Bansal
    AUSA Virgina Chavez Ramona
    Mildred Santana, U.S.P.O.

MEMO ENDORSED