

**SABRINA P. SHROFF**
ATTORNEY AT LAW

350 BROADWAY
SUITE 700
NEW YORK, NY 10013
Tel: (212) 625-3304
Fax: (212) 625-3939



RECEIVED JUN 16 2006 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

SDNY DOCUMENT ELECTRONICALLY FILED #: 30 DATE FILED: 6/16/06

June 16, 2006

212 805-7942
Hon. Alvin K. Hellerstein
Judge, United States District Court
Southern District Of New York
500 Pearl Street
New York, N.Y. 10007

Approved. 6.16.06
/s/ A.K. Hellerstein

United States v. Denise Donado
~~06~~ 05-Cr. 00708 (AKH)

The Hon. Judge Hellerstein:

I am writing to request that my client's personal appearance at the status conference on June 19, 2006, be excused. Ms. Donado lives in Florida and therefore requests that her presence for this conference be excused. She has been in touch with me, is aware of her court date, and would be available by phone were the Court to require her to be there via telephone.

Ms. Donado is in compliance with all of pre-trial services rules and regulations.

AUSA Virginia Ramona takes no position on my client's request. Thank you.

Respectfully submitted,
Sabrina P. Shroff

**MEMO ENDORSED**

cc: AUSA Aridudh Bansal
AUSA Virgina Chavez Ramona
Mildred Santana, U.S.P.O.