**SABRINA P. SHROFF**
ATTORNEY AT LAW

MEMO ENDORSED

350 BROADWAY
SUITE 700
NEW YORK, NY 10013
Tel: (212) 625-3304
Fax: (212) 625-3939

November 16, 2006



VIA FACSIMILE
212 805 7968
Honorable Kenneth M. Karas
Chief Judge, United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re: United States v. Denise Donado
Criminal Docket Number 05 Cr. 00708 (KMK)

Hon. Judge Karas:

I am writing to request an adjournment of Ms. Donado's sentence date. Ms. Donado is to be sentenced on January 19, 2006. I request an additional 45-days as I am unable to schedule a pre-sentence interview due to Ms. Donada's and my schedule.

AUSA Bansal does not object to my request and if it is convenient for the Court we ask for a 45-day adjournment of sentence. Thank you.

Respectfully submitted,

Sabrina P. Shroff

cc: Anirudh Bansal, AUSA
    USPO Weinblatt

Sentence is adjourned until April 20, 2007, at 11AM. Ms. Donado is to make herself available for her probation intrvw by 12/31/06

SO ORDERED
KENNETH M. KARAS U.S.D.J.
12/5/06

**SABRINA P. SHROFF**
ATTORNEY AT LAW

**MEMO ENDORSED**

350 BROADWAY
SUITE 700
NEW YORK, NY 10013
Tel: (212) 625-3304
Fax: (212) 625-3939

November 16, 2006



VIA FACSIMILE
212 805 7968
Honorable Kenneth M. Karas
Chief Judge, United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re: United States v. Denise Donado
    Criminal Docket Number 05 Cr. 00708 (KMK)

Hon. Judge Karas:

I am writing to request an adjournment of Ms. Donado's sentence date. Ms. Donado is to be sentenced on January 19, 2006. I request an additional 45-days as I am unable to schedule a pre-sentence interview due to Ms. Donada's and my schedule.

AUSA Bansal does not object to my request and if it is convenient for the Court we ask for a 45-day adjournment of sentence. Thank you.

Respectfully submitted,

Sabrina P. Shroff

cc: Anirudh Bansal, AUSA
    USPO Weinblatt

Sentence is adjourned until April 20, 2007, at 11AM. Ms Donado is to make herself available for her Presentation interview by 12/31/06

SO ORDERED
KENNETH M. KARAS U.S.D.J.
12/5/06