**SABRINA P. SHROFF**
ATTORNEY AT LAW

# MEMO ENDORSED

350 BROADWAY
SUITE 700
NEW YORK, NY 10013
Tel: (212) 625-3304
Fax: (212) 625-3939

April 16, 2007

VIA ECF
Honorable Judge Karas
Judge, United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007



Re:   United States v. Denise Donado
05 Cr. 708 (KMK)

Hon. Judge Karas:

I am writing to request an adjournment of Ms. Donado's sentence date.  Ms. Donado is to be sentenced on April 20, 2007.  I request a five-week adjournment, as I need time to properly prepare my client for sentence.

AUSA Bansal does not object to my request and if it is convenient for the Court we ask for that sentence be set for any date in the first week of June 2007.  Thank you.

Respectfully submitted,

Sabrina P. Shroff

cc: Anirudh Bansal, AUSA

The new sentence date
is June 15, 2007, at 11²⁰. Sentencing Submissions
on behalf of Ms. Donado must be filed two weeks before;
responses one week thereafter.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
4/19/07