'OFF  **MEMO ENDORSED**

350 BROADWAY
SUITE 700
NEW YORK, NY 10013
Tel: (212) 625-3304
Fax: (212) 625-3939



June 8, 2007

VIA FACSIMILE
212 805 7968
Honorable Kenneth M. Karas
Chief Judge, United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

      Re:   United States v. Denise Donado
             Criminal Docket Number 05 Cr. 00708 (KMK)

Hon. Judge Karas:

    The government and the defense jointly request an adjournment of Ms. Donado's sentence date of June 15, 2007.

    We request a two-week adjournment of sentence as AUSA Bansal is to start a trial on Monday, June 11, 2007 before the Hon. Judge Kaplan.

    Ms. Donado needs an additional two weeks as she is still gathering the letters that she wishes the Court to consider at her sentence. Thank you.

                              Respectfully submitted,

                              Sabrina P. Shroff

cc: Anirudh Bansal, AUSA

*Handwritten endorsement:* Sentence is adjourned until July 19, 2007, at noon. Submissions on behalf of Ms. Donado are due two weeks prior to that date; the Government's response is due 1 week later.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
6/13/07