# ORDER TO SURRENDER
## UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA

-v-

Denise Donado,

        Defendant.

S2 05 CR 708-03 (KMK)

It is hereby ordered that Denise Donado, the defendant, having been sentenced in the above case to the custody of the Attorney General, it is hereby ordered that the defendant surrender to the Attorney General by reporting to the to the facility designated by the United States Bureau of Prisons, or, if she does not hear from the Bureau of Prisons, to the U.S. Marshal's office in the District Court for Southern Florida before 2:00P.M. on November 2, 2007. Bail is continued under the same terms and conditions.

SO ORDERED.

Dated:    September 25, 2007
             New York, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____