```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,            :

            Plaintiff                :    ORDER OF FORFEITURE

       -v-                           :    S2 05 Cr. 708 (KMK)

DENISE DONADO,                       :

            Defendant.               :
------------------------------------x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

      WHEREAS, on or about November 8, 2005, DENISE DONADO (the "defendant"), among others, was charged in a three-count superceding Indictment S2 05 Cr. 708 (AKH)(the "Indictment") with conspiring to launder the proceeds of narcotics trafficking, in violation of Title 18, United States Code, Section 1956(h) and 2 (Count One); conspiracy to import into the United States from a place outside thereof a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 963 (Count Two); and conspiracy to distribute a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 846 (Count Three);

      WHEREAS, the Indictment included a forfeiture allegation seeking, pursuant to Title 18, United States Code,

Section 982 and Title 18, United States Code, Section 1956, all property, real and personal, involved in the money laundering offense and all property traceable to such property, including but not limited to, a sum of money no less than $35,000,000 in United States currency, in that such sum in the aggregate is property which was involved in the money laundering conspiracy offense charged in Count One of the Indictment;

WHEREAS, the Information included a second forfeiture allegation seeking, pursuant to Title 21, United States Code, Sections 812, 841(a)(1), 846, 853, 952(a), 960(a)(1), 960(b)(1)(B)(ii), and 963, any and all property constituting and derived from any proceeds obtained directly or indirectly and any and all property used and intended to be used in any manner or part to facilitate the commission of the offenses in Counts One and Two of the Indictment, including but not limited to, $10 million which represents the proceeds obtained as a result of the controlled substances offenses charged in the Indictment;

WHEREAS, on or about October 2, 2006, the defendant DENISE DONADO, pursuant to an agreement with the Government, pled guilty to the Indictment; and

WHEREAS, the defendant admitted to the first forfeiture allegation with respect to Count One of the Indictment, and agreed to forfeit to the United States a sum of money equal to

$35,000,000 in United States Currency, representing the amount of proceeds obtained as a result of the offenses; and

WHEREAS, on or about September 25, 2007, the defendant was sentenced and was ordered to forfeit a sum of money equal to $35,000,000 in United States Currency, for which the defendant is jointly and severally liable with her co-conspirators; and

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED THAT:

1. As a result of the offenses in the Indictment to which the defendant entered a plea of guilty, a money judgment in the amount of $35,000,000 shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall be final as to the defendant, DENISE DONADO, at the time of sentencing and shall be made part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of the property, including depositions, interrogatories, requests for production of documents and to issue subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

4. All payments on the outstanding money judgment

shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service", and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrews Plaza, New York, New York 10007.

    5.   The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

    6.   The Clerk of the Court shall forward four certified copies of this Order to Assistant U.S. Attorney Sharon Cohen Levin, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
      October 18, 2007

SO ORDERED:

HONORABLE KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE